**EXHIBIT C**







## Brigade Heavy Duty Concrete Washout Pan 72"X72"X24"

Brand: Brigade
Mfg#: 727224HD

Product#: 444727224HD

### Your Price: $2,447.99

Availability:
Based on Product Sourcing

This product has shipping restrictions. Additional Shipping Charges may apply. You may be contacted by Customer Service.

QTY: 1



