**EXHIBIT D**

# Brigade Washout Pans | HD Supply White Cap



## BRIGADE WASHOUT PANS

Brigade Washout Pans are multi-purpose construction pans designed to fit under concrete pump and mixer trucks, capturing liquids and solids. Washout Pans are required on every jobsite to meet US Environmental Protection Agency (EPA) compliance standards. They are used for the washout of concrete, paint, drywall, masonry and much more.

### FEATURES / BENEFITS

- Exclusive to White Cap
- Required on every jobsite to meet EPA compliance standards
- EPA Approved
- Best solution for Stormwater Pollution Protection Plan (SWPPP) Compliance
- Designed to fit under concrete pump trucks at 14" tall
- Highly portable, inter-stackable, watertight, multi-purpose containment system
- Available in five sizes