**EXHIBIT E**

10/29/2018

Concrete Washout Pans - HD Supply White Cap

https://www.whitecap.com/shop/wc/washout-pans ▼

HD Supply White Cap is a leading supplier of Concrete Washout Pans products along with a huge inventory of residential, commercial and industrial ...

Missing: youtube | Must include: youtube

People also search for    near me

Brigade 72" x 72" x 24"
Concrete Washout Pan
for Concrete Pump
Trucks
Brand: Brigade
Mfg#: 7272244HD
Product#: 4447272244HD

**Your Price: $2,243.99**

Availability:
Based on Product Sourcing

This product has shipping restrictions. Additional Shipping Charges may apply. You may be contacted by Customer Service.

QTY [1]

ADD TO CART



Brigade Heavy Duty
72"X72"X24"
Concrete Washout Pan
Brand: Brigade
Mfg#: 727224HD
Product#: 4447272244HD

**Your Price: $2,447.99**

Availability:
Based on Product Sourcing

This product has shipping restrictions. Additional Shipping Charges may apply. You may be contacted by Customer Service.

QTY [1]

ADD TO CART



Brigade 72" x 72" x 14"
Concrete Washout Pan
for Concrete Pump
Trucks
Brand: Brigade
Mfg#: 727214HD
Product#: 4447272144HD

**Your Price: $1,937.99**

Availability:
Based on Product Sourcing

This product has shipping restrictions. Additional Shipping Charges may apply. You may be contacted by Customer Service.

QTY [1]

ADD TO CART

# Concrete Washout Pans | Hoppers, Chutes & Buggies | HD Supply White Cap

HD Supply White Cap › shop › washout-...

HD Supply White Cap is a leading supplier of Concrete Washout Pans products along with a huge inventory of residential, commercial and ...






You visited this page on 10/17/18.

