**EXHIBIT F**

## ARE YOU EPA COMPLIANT?



# HD SUPPLY
**CONSTRUCTION & INDUSTRIAL**
**WHITE CAP**

## WASHOUT PANS

### 441 GALLON PAN
72" x 72" x 24" • Weight 802 lbs.



**$1999⁹⁹**
444727224PRO
9,800 lbs. full weight with concrete

### 359 GALLON PAN
50" x 96" x 18.25" • Weight 683 lbs.



**$1849⁹⁹**
444509618PRO
6,400 lbs. full weight with concrete

### 270 GALLON PAN
50" x 96" x 14" • Weight 625 lbs.



**$1799⁹⁹**
444509614PRO
4,800 lbs. full weight with concrete
**FITS UNDER CONCRETE PUMP TRUCKS**

### 242 GALLON PAN
72" x 72" x 14" • Weight 658 lbs.



**$1799⁹⁹**
444727214PRO
6,000 lbs. full weight with concrete
**FITS UNDER CONCRETE PUMP TRUCKS**

### 127 GALLON PAN
60" x 48" x 14" • Weight 428 lbs.



**$1199⁹⁹**
444604814PRO
4,800 lbs. full weight with concrete
*IDEAL FOR SMALL CONCRETE TRAILER PUMPS OR LOW VOLUME CONTAINMENT*

- 1/4" Steel Floors
- 15,000 lbs. Crane tested, 7,500 lbs. rated
- Continuous handwelds
- Four 18,000 lb. Rated "D" rings
- 7 Gauge Steel Walls
- Built in angled 11" forklift pockets
- 40" OD to OD Fork channels
- Pans nest for easy storage

---

### HEAVY DUTY 315 GALLON PAN
72" x 72" x 24" • Weight 802 lbs.



**$2499⁹⁹**
444727224HD
**HEAVY DUTY WITH 3/4" LIFTING EYES**

### HEAVY DUTY 154 GALLON PAN
72" x 72" x 14" • Weight 802 lbs.



**$2299⁹⁹**
444727214HD
**HEAVY DUTY WITH 3/4" LIFTING EYES**

### 300 GALLON TOOL WASHOUT
48" x 42" x 41" • Weight 683 lbs.



**$1499⁹⁹**
444484241PRO
**REMOVABLE WORK GRATE**

- 1/4" steel flat floors
- 1/4" steel overlapped walls
- Hand welded with continuous seams
- Four 3/4" steel lifting eyes
- Load tested at 25,000 lbs.
- Pyramid shape for easy material release
- Pans nest for easy storage
- Lids available soon!

**INSTRUCTIONS:** Each use, spray inside of pan with a release agent. Apply a form oil so concrete releases easily. *Pans nest inside each other for storage.*


HD SUPPLY
CONSTRUCTION & INDUSTRIAL
WHITE CAP

WhiteCap.com   800.944.8322


**Download the App!**
WhiteCap.com is now MOBILE!