**EXHIBIT G**

