# PROOF OF SERVICE

**Washoutpan.com vs. HD Supply**
2:19-cv-00494

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, Twenty-Fifth Floor, Los Angeles, CA 90067-4506.

On August 26, 2019, I served true copies of the following document(s) described as **SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:**

(1) **FEDERAL PASSING OFF [15 U.S.C. § 1125(a)];**
(2) **FEDERAL FALSE ADVERTISING [15 U.S.C. § 1125(a)];**
(3) **TRADE DRESS INFRINGEMENT [15 U.S.C. § 1125(a)];**
(4) **CALIFORNIA UNFAIR COMPETITION [CAL. BUS. & PROF. CODE § 17200];**
(5) **CALIFORNIA UNFAIR COMPETITION [CAL. BUS. & PROF. CODE § 17500];**
(6) **COMMON LAW UNFAIR COMPETITION;**
(7) **COMMON LAW TRADEMARK INFRINGEMENT;**
(8) **COMMON LAW TRADE DRESS INFRINGEMENT.**

**DEMAND FOR JURY TRIAL**

on the interested parties in this action as follows:

| | |
|---|---|
| Sean Flaherty, Esq.<br>Patrick J. Mulkern, Esq.<br>GORDON & REES<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>sflaherty@grsm.com<br>pmulkern@grsm.com | Attorneys for Defendant HD SUPPLY CONSTRUCTION SUPPLY, LTD |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 26, 2019, at Los Angeles, California.

/s/ Aaron Rosenberg
Aaron Rosenberg

KING, HOLMES,
PATERNO &
SORIANO, LLP

5295.060/1489399.1

1

PROOF OF SERVICE