UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:19-cv-00494-AB (JEMx) | Date: | November 5, 2019 |

| Title: | *Washoutpan.com, LLC v. HD Supply Construction Supply LTD. et al* |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): Attorney(s) Present for Defendant(s):

None Appearing None Appearing

**Proceedings:** **[In Chambers] ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED IN THE AMOUNT OF $500.00 FOR FAILURE TO APPEAR**

On September 9, 2019, Defendant HD Supply Construction Supply, LTD. ("Defendant") filed a motion to dismiss Plaintiff Washoutpan.com LLC's ("Plaintiff") second amended complaint. (Dkt. No. 35.) Plaintiff filed an opposition (Dkt. No. 38) and Defendant filed a reply (Dkt. No. 39.) The Court held a hearing on Defendant's motion on November 1, 2019, at which Plaintiff failed to appear.

Because Plaintiff failed to appear at the scheduled hearing on Defendant's motion to dismiss, the Court **ORDERS** that Plaintiff show cause, within fourteen (14) days of the date of issuance of this order, as to why Plaintiff should not be sanctioned in the amount of $500.00 for failure to appear.

**IT IS SO ORDERED**.