UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHOUTPAN.COM, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HD SUPPLY CONSTRUCTION SUPPLY , LTD., a Florida limited partnership; and DOES 1 through 10, inclusive<br><br>Defendant. | CASE NO. 2:19-cv-00494-AB-JEM<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Before the Court is the Parties' Stipulated Protective Order.  Having considered the Stipulation, and for good cause appearing therefore, the Court hereby approves the Parties' Stipulation.

**IT IS ORDERED**

Dated: May 27, 2020

HON. JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE