UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WASHOUTPAN.COM, LLC a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HD SUPPLY CONSTRUCTION SUPPLY, LTD. a Florida limited partnership; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 2:19-cv-00494-AB-JEM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES** |

Pursuant to the parties' stipulation, and GOOD CAUSE appearing, the Court orders the following pretrial and trial dates to be continued as follows:

Trial:             From May 18, 2021 to August 3, 2021 at 8:30 a.m.

FPTC:          From January April 30, 2021 to July 16, 2021 at 11:00 a.m.

Non-Expert Discover Cutoff:

       From October 23, 2020 to February 12, 2021

Expert Disclosure (Initial):

       From October 30, 2020 to February 12, 2021

Expert Disclosure (Rebuttal):

       From December 4, 2020 to March 6, 2021

Expert Discovery Cutoff:

1

|   |   |
|---|---|
| 1 | From December 18, 2020 to March 12, 2021 |
| 2 | Last Date to Hear Motions: |
| 3 | From February 12, 2021 to April 23, 2021 |
| 4 | Deadline to Complete Settlement Conference: |
| 5 | From February 19, 2021 to May 7, 2021 |
| 6 | Trial Filings (first round) |
| 7 | From April 9, 2021 to June 25, 2021 |
| 8 | Trial Filings (second round) |
| 9 | From April 16, 2021 to July 2, 2021 |

**IT IS SO ORDERED.**

Dated: August 21, 2020

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge.