JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHOUTPAN.COM, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WHITE CAP, L.P., a Florida limited partnership; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 19-00494-AB (JEMx)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows: (1) judgment is entered in favor of White Cap, L.P. ("White Cap"), and against Washoutpan.com, LLC ("WP"), on all claims; (2) that WP shall pay to White Cap the amount of $30,393.50, which is inclusive of all sums previously owed by WP through the Court's prior orders; and (3) this action is dismissed with prejudice.

DATED: November 12, 2021

　　　　　　　　　　　　　　　　　　　ANDRE BIROTTE, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE